APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Harris Silver and Entity X, LLC

V.

Harold Chase Lenfest, et al.

Civil Action
No: _____

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, __Entity X, LLC__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

01/03/2018
Date

/s/ PAZ
Signature

Counsel for: Entity X, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
 (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
 (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
 (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
 (2) promptly file a supplemental statement if any required information changes.