IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRIS SILVER and ENTITY X, LLC : <br> Plaintiffs, : <br> v. : <br> HAROLD CHASE LENFEST, et al. : <br> Defendants. : | No. 18-CV-20-JP <br><br> FILED <br> MAR 19 2018 <br> KATE BARKMAN, Clerk <br> By_____Dep. Clerk |

## STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Through their counsel, all parties stipulate and agree as follows:

1. Plaintiffs filed their Verified Complaint ("Complaint") on January 3, 2018.

2. On March 5, 2018, Defendants moved to dismiss the Complaint with prejudice.

3. All parties have agreed to participate in a full-day mediation on March 21, 2018.

4. At this time, the parties wish to focus their efforts on the mediation and potentially resolving their dispute.

5. Accordingly, Defendants stipulate and agree that Plaintiffs' time to respond to Defendants' pending Motion to Dismiss (ECF No. 4) shall be extended until April 21, 2018.

Respectfully submitted,

/s/Peter J. Kreher
Peter J. Kreher (No. 210131)
Kreher & Trapani LLP
1325 Spruce St.
Philadelphia, PA 19107
Phone: (215) 907-7288

/s/ Thomas M. O'Rourke
Thomas M. O'Rourke (No. 308233)
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

Fax: (215) 907-7287
pete@krehertrapani.com

*Attorneys for Plaintiffs*

Phone: (215) 665-2000
Fax: (215) 655-2013
tmorourke@cozen.com

*Attorneys for Defendants*

SO ORDERED,

_____
Padova, J.