IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
**HARRIS SILVER and ENTITY X, LLC** :
:
v. : No. 18-cv-20-JP
:
**HAROLD CHASE LENFEST**, et al., :
_____:

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to a settlement agreement, the parties hereby stipulate and agree that all claims against Defendants Harold Chase Lenfest and HCL MM Investments PA, LLC are dismissed with prejudice.

| | |
|---|---|
| _/s/Peter J. Kreher_____ | /s/Jeffrey G. Weil_____ |
| Peter J. Kreher | Jeffrey G. Weil |
| Francesco P. Trapani | Thomas M. O'Rourke |
| Kreher & Trapani LLP | Cozen O'Connor |
| 1325 Spruce St. | One Liberty Place |
| Philadelphia, PA 19107 | 1650 Market Street, Suite 2800 |
| Phone: (215) 907-7288 | Philadelphia, PA 19103 |
| Fax: (215) 907-7287 | Phone: (215) 665-2000 |

Mark W. Tanner
Feldman Shepherd Wohlgelernter
 Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Phone: (215) 567-8300

*Attorneys for Defendants* (right column)

*Attorney for Plaintiffs*

**SO ORDERED,**

_____
Padova, J.

## **CERTIFICATE OF SERVICE**

       I, Peter J. Kreher, hereby certify that I caused a true and correct copy of the foregoing stipulation to be served on all counsel of record by filing it on the Court's ECF system, where it is available for viewing and downloading.

                                                                         __/s/Peter J. Kreher_____
                                                                                Peter J. Kreher