IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARRIS SILVER and ENTITY X, LLC    :
                                   :
         v.                        :     No. 18-cv-20-JP
                                   :
HAROLD CHASE LENFEST, et al.,      :
                                   :

FILED
MAY 31 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to a settlement agreement, the parties hereby stipulate and agree that all claims against Defendants Harold Chase Lenfest and HCL MM Investments PA, LLC are dismissed with prejudice.

/s/Peter J. Kreher
Peter J. Kreher
Francesco P. Trapani
Kreher & Trapani LLP
1325 Spruce St.
Philadelphia, PA  19107
Phone: (215) 907-7288
Fax: (215) 907-7287

Mark W. Tanner
Feldman Shepherd Wohlgelernter
 Tanner Weinstock & Dodig, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA  19103
Phone: (215) 567-8300

*Attorney for Plaintiffs*

/s/Jeffrey G. Weil
Jeffrey G. Weil
Thomas M. O'Rourke
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
Phone: (215) 665-2000

*Attorneys for Defendants*

SO ORDERED,

_____
Padova, J.   1/31/2018

## CERTIFICATE OF SERVICE

I, Peter J. Kreher, hereby certify that I caused a true and correct copy of the foregoing stipulation to be served on all counsel of record by filing it on the Court's ECF system, where it is available for viewing and downloading.

/s/Peter J. Kreher
Peter J. Kreher