IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**HARRIS SILVER and ENTITY X, LLC**

v.                      No.  18-cv-20-JP

**HAROLD CHASE LENFEST**, et al.,

## RULE 41(a) DISMISSAL

Pursuant to a settlement agreement and Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss this action with prejudice.

                                       Respectfully submitted,

                                       /s/Peter J. Kreher
                                       Peter J. Kreher
                                       Francesco P. Trapani
                                       Kreher & Trapani LLP
                                       1325 Spruce St.
                                       Philadelphia, PA  19107
                                       Phone:  (215) 907-7288
                                       Fax:  (215) 907-7287

                                       Mark W. Tanner
                                       Feldman Shepherd Wohlgelernter
                                         Tanner Weinstock & Dodig, LLP
                                       1845 Walnut Street, 21st Floor
                                       Philadelphia, PA  19103
                                       Phone:  (215) 567-8300

                                       *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I, Peter J. Kreher, hereby certify that I caused a true and correct copy of the foregoing Rule 41(a) Dismissal to be served on all counsel of record by filing it on the Court's ECF system, where it is available for viewing and downloading.

                  __/s/Peter J. Kreher_____
                     Peter J. Kreher